277 So.2d 912

**In re Max HINES**

v.

**STATE.**

**Ex parte Max Hines.**

**SC 372.**

Supreme Court of Alabama.

May 17, 1973.

Kenneth R. Cain, Ozark, Alice Anderson, Enterprise, for petitioner.

HARWOOD, Justice.

Petition of Max Hines for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Hines v. State, 50 Ala.App. 161, 277 So.2d 905.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and FAULKNER, JJ., concur.